[Docket No. 15]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

JAMES BOARDMAN

        Plaintiff,

  v.

RIVERSIDE TOWNSHIP, PATRICK VACANTI, et al.,

        Defendants.

Civil No. 04-5779(RMB)

**ORDER**

This matter having come before the Court upon Defendant Patrick Vacanti's motion for summary judgment; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the Plaintiff's motion for summary judgment is **GRANTED in part** with regard to Plaintiff's state law claims, equal protection, due process and false arrest claims; and;

IT IS FURTHER **ORDERED** that the Plaintiff's motion for summary judgment is **DENIED in part** as to Plaintiff's malicious prosecution, excessive force and punitive damages claims.

Dated: <u>July 13, 2007</u>            <u>s/Renée Marie Bumb</u>
                                            RENÉE MARIE BUMB
                                            United States District Judge